RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for CARLOS JAVIER EZETA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS JAVIER EZETA,<br><br>Defendant. | 2:11-cr-289-RCJ-VCF<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS TO PERMIT TRAVEL OUTSIDE OF THE CONTINENTAL UNITED STATES**<br>**(Expedited Treatment Request)** |

COMES NOW the defendant, CARLOS JAVIER EZETA, and hereby files this Motion to Modify Conditions to Permit Travel Outside of the Continental United States.

DATED this 28th day of February, 2012.

                                            RENE L. VALLADARES
                                            Federal Public Defender

                                            */s/ Raquel Lazo*
                                      By_____
                                            RAQUEL LAZO,
                                            Assistant Federal Public Defender

**POINTS AND AUTHORITIES**

1. On September 9, 2011, Mr. Ezeta was released on PR Bond with conditions and no supervision by pretrial services. He was ordered to surrender his passport to pretrial services and his travel was limited to the continental United States.

2. Mr. Ezeta seeks permission to travel to Mexico City, Mexico, from March 13 to March 18, 2012. Mr. Ezeta was invited to attend an International Cultural Seminar by the Secretary of Foreign Relations. <u>See</u> Exhibit A (SRE letter). The seminar is by invitation only and only 35 people are selected from thousands. Mr. Ezeta has already filled out the application to attend. <u>See</u> Exhibit B (SRE application).

3. The seminar is especially important given Mr. Ezeta's service on national, state, and local boards that promote education and cultural affairs.

4. Government has no opposition to Defendant's request.

DATED this the 28th day of February, 2012.

        RENE L. VALLADARES
        Federal Public Defender

        */s/ Raquel Lazo*
By_____
        RAQUEL LAZO,
        Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS JAVIER EZETA,<br><br>Defendant. | 2:11-cr-289-RCJ-VCF<br><br>~~PROPOSED~~ ORDER |

IT IS HEREBY ORDERED that Defendant Carlos Ezeta, is permitted to travel out of the Continental United States from March 13 to March 18, 2012.

IT IS ALSO ORDERED that the Pretrial Services Department is to return Mr. Ezeta's passport to him to allow for this travel.

IT IS FURTHER ORDERED that before 4:00 p.m. on March 19, 2012, Mr. Ezeta shall deliver his passport back to the custody of the Pretrial Services Department.

Dated: 3-2-2012

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A



Sr. Carlos Javier Ezeta

Me permito invitarlo y hacer de su conocimiento que, este Instituto en colaboración con el *Consejo Nacional para la Cultura y las Artes* **(CONACULTA)**, llevará a cabo del **14 al 17 de marzo próximo,** la **91º Jornada Informativa del IME:** *Promotores Culturales.*

Dicha Jornada tiene como objeto fortalecer la promoción y difusión de la oferta institucional en el campo de la cultura, de manera especial los programas destinados a los **connacionales** que viven en la **Unión Americana.**

En este sentido, se agradecerá realizar las gestiones necesarias a fin de que la Jornada cuente con la debida difusión y promoción. En archivo adjunto, se envía la convocatoria, la cual incluye información detallada sobre la organización de este evento y las modalidades de participación. Asimismo, se remite el formato de registro de los participantes.

La fecha límite para que los Consulados envíen al IME la documentación completa de sus candidatos es el miércoles **2 de marzo del presente año**. El consulado deberá remitir los formatos requisitos con la fotografía del participante por correo electrónico y un perfil biográfico con extensión de máximo media cuartilla, redactado en idioma español.

Atentamente,

Javier Díaz de León
Director General IME

AP/DZ

# EXHIBIT B

  

## 91° JORNADA INFORMATIVA DEL IME: PROMOTORES CULTURALES
México, D.F., del 14 al 17 de marzo de 2012

INSCRIPCIÓN DEL PARTICIPANTE

- **DATOS IDENTIIFICACIÓN**
  *Por favor sólo anote los datos que correspondan al caso*

1. NOMBRE: **CARLOS JAVIER**

2. APELLIDOS: **EZETA BENAVIDES**

3. FECHA DE NACIMIENTO: **3 DE ENERO DE 1966**

4. DOMICILIO: **7777 SOUTH JONES BLVD**
   (CALLE, AVENIDA, CARRETERA, CAMINO)

   **#1198**
   NÚMERO EXTERIOR    NÚMERO INTERIOR

   **LAS VEGAS**              **NEVADA**
   CIUDAD                      ESTADO

   **89139**
   CÓDIGO POSTAL/ZIP CODE

5. TELÉFONO PARTICULAR: 702-423-3838

6. TELÉFONO OFICINA: 702-651-5930

7. FAX: 702651-5534

8. CORREO ELECTRÓNICO: CARLOS.EZETA@CSN.EDU

9. NOMBRE DE LA ORGANIZACIÓN A LA QUE PERTENECE:

*Si pertenece a más de una organización por favor también anote sus datos*

COMISIONADO DEL MUSEO AMERICANO LATINO EN WASHINGTON D.C.
http://www.americanlatinomuseum.gov/

PRESIDENTE DE LA CASA DE LA CULTURAL LATINOAMERICANA EN LAS VEGAS
ASESOR EDUCATIVO Y CULTURAL DE LA COALICION DE FEDERACIONES MEXICANAS EN NEVADA.

**10. CARGO EN LA ORGANIZACIÓN A LA QUE PERTENECE:**
*COMISIONADO NACIONAL* DEL MUSEO AMERICANO LATINO EN WASHINGTON DC
*PRESIDENTE* DE LA CASA DE LA CULTURA HISPANOAMERICANA EN LAS VEGAS
*ASESOR CULTURAL* DE LA COALICION DE FEDERACIONES MEXICANAS EN NV

**11. PÁGINA WEB DE LA ORGANIZACIÓN:**
http://www.americanlatinomuseum.gov/

**12. SEMBLANZA BIOGRÁFICA DEL PARTICIPANTE (CARGOS ANTERIORES, LABORES A FAVOR DE LA COMUNIDAD, RECONOCIMIENTOS RECIBIDOS:**

POR FAVOR VER DOCUMENTO ADJUNTO

**13. CUALES CONSIDERA QUE SON LAS CARACTERISTICAS QUE LO HACEN CANDIDATO (A) POTENCIAL PARA PARTICIPAR EN LA JORNADA?**
HE SIDO MIEMBRO DE LA COMISION FEDERAL PARA CREACION DEL MUSEO LATINO AMERICAN EN WASHINGTO D.C., TAMBIEN SOY PRESIDENTE DE LA PRIMERA CASA HISPANOAMERICANA EN EL SUR DE NEVADA, Y MAS RECIENTE SOY ASESOR EDUCATIVO Y CULTURAL DE MAS DE 23 FEDERACIONES MEXICANAS EN EL SUR DE NEVADA.

FECHAS   14-02-2012
(DD/MM/AA)

  

## LA SECRETARÍA DE RELACIONES EXTERIORES (SRE) A TRAVÉS DEL INSTITUTO DE LOS MEXICANOS EN EL EXTERIOR (IME) Y EL CONSEJO NACIONAL PARA LA CULTURA Y LAS ARTES (CONACULTA)

### Convocan

A los Consulados de México en Estados Unidos y Canadá a presentar candidaturas de promotores culturales, propietarios de galerías, directivos y funcionarios de instituciones culturales (casas de cultura, bibliotecas, institutos culturales, museos, teatros, etc.); miembros de centros y fundaciones culturales, así como funcionarios públicos del sector cultural, interesados en promover la cultura e identidad de México en el exterior, para participar en la:

### 91° JORNADA INFORMATIVA DEL IME: PROMOTORES CULTURALES

a celebrarse en la Ciudad de México del 14 al 17 de marzo de 2012.

## OBJETIVOS

- Fortalecer la promoción y difusión de la oferta institucional en el campo de la cultura, de manera especial los programas destinados a los connacionales que viven en la Unión Americana.

- Incentivar a los participantes a que se sumen a la promoción, difusión e implantación de los programas y servicios dirigidos a atender a la comunidad migrante, principalmente el Programa de Salas de Lectura.

## TEMAS RELEVANTES

- **El Instituto de los Mexicanos en el Exterior (IME) y la política de acercamiento de México hacia sus comunidades en América del Norte.** - Estrategia de atención y acercamiento de México hacia su diáspora, haciendo hincapié en el papel del IME y de los Consulados de México como entes de la Secretaría de Relaciones Exteriores encargados de articular este esfuerzo.

- **Intercambio Cultural en la relación México-Estados Unidos.**

- **Infraestructura cultural de México.** – Se hará una visión panorámica de las instituciones culturales de México, INBA, CONACULTA, etc..

- **Programa Nacional Salas de Lectura.-Su proyección a Norteamérica.**

- **Identidad y Globalidad: Acciones de promoción cultural de los mexicanos en América del Norte.**

## REQUISITOS

1) Formato de inscripción.
2) Una fotografía electrónica.
3) Perfil biográfico en español con una extensión máxima de media cuartilla.

Se adjunta el formato de inscripción para que sea llenado por los candidatos y enviado electrónicamente al IME antes del **viernes 2 de marzo** del presente año, acompañado de la documentación arriba mencionada.

La fotografía y el perfil biográfico del participante deberán enviarse también en forma electrónica.

**Todas las candidaturas deberán contar con el aval del Consulado respectivo.**

## GASTOS

- Los **participantes** deberán cubrir el costo de su boleto de avión buscando arribar a la Ciudad de México el **miércoles 14 de marzo y deberán partir el sábado 17 de marzo.**

- La Secretaría de Relaciones Exteriores cubrirá los gastos de hospedaje y alimentación conforme al programa de la Jornada. **La transportación aeropuerto-hotel-aeropuerto será por cuenta de los participantes.**

- Los participantes que tengan necesidad de extender su estancia o adelantar su arribo a la Ciudad de México, serán responsables de realizar y cubrir los costos generados por los cambios o adecuaciones de hospedaje y alimentación correspondientes a esos días. El Consulado deberá avisar con toda oportunidad de dichos cambios, con el fin de evitar demoras que dificulten la organización del evento.

## FECHA LÍMITE DE CONFIRMACIÓN

La fecha límite para que los Consulados envíen por correo electrónico al IME la documentación completa de sus candidatos (formato de inscripción, fotografía electrónica y perfil biográfico) es el **día viernes 2 de marzo de 2012.**

En caso de que el Consulado no registre a sus candidatos en el periodo previsto en esta Convocatoria, el IME se reserva el derecho de asignar los lugares no cubiertos a candidatos de otros Consulados.

## GENERALES

**El número máximo de participantes en esta Jornada Informativa será de 35 (treinta y cinco) personas.**

Para mayor información sobre esta Jornada favor de comunicarse electrónicamente con la coordinadora de la misma: Atala Pérez, Directora de Educación y Cultura, aperezr@sre.gob.mx, marcando copia a: dzamora@sre.gob.mx y/o smirandas@sre.gob.mx.

Toda cuestión no prevista en estas bases será resuelta por el Instituto de los Mexicanos en el Exterior.

México, D. F. a 9 de febrero de 2012.