RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for CARLOS JAVIER EZETA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-289-RCJ-VCF |
| Plaintiff, | |
| vs. | **MOTION FOR RETURN OF PASSPORT** |
| CARLOS JAVIER EZETA, | |
| Defendant. | |

COMES NOW the defendant, CARLOS JAVIER EZETA, and hereby files this Motion for the Return of Passport.

DATED this 10th day of August, 2012.

                      RENE L. VALLADARES
                      Federal Public Defender

                      */s/ Raquel Lazo*
By_____
                      RAQUEL LAZO,
                      Assistant Federal Public Defender

**POINTS AND AUTHORITIES**

1. On September 9, 2011, Mr. Ezeta was released on PR Bond with conditions and no supervision by pretrial services. He was ordered to surrender his passport to pretrial services and his travel was limited to the continental United States.

2. This case was dismissed on May 11, 2012.

3. Pretrial Services has indicated that they require a court order before they can release the passport.

DATED this the 10th day of August, 2012.

                RENE L. VALLADARES
                Federal Public Defender

                */s/ Raquel Lazo*
By_____
                RAQUEL LAZO,
                Assistant Federal Public Defender

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS JAVIER EZETA,<br><br>Defendant. | 2:11-cr-289-RCJ-VCF<br><br>**ORDER** |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IT IS HEREBY ORDERED that the Pretrial Services Department is to return Mr. Ezeta's passport to him.

DATED this 17th day of August, 2012.

_____
UNITED STATES JUDGE

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for CARLOS JAVIER EZETA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS JAVIER EZETA,<br><br>Defendant. | 2:11-cr-289-RCJ-VCF<br><br>**ADDENDUM TO MOTION FOR RETURN OF PASSPORT** |

COMES NOW the defendant, CARLOS JAVIER EZETA, by and through his attorney, Raquel Lazo, and hereby files this Addendum to the Motion for the Return of Passport that was filed on August 10, 2012.

1. Counsel have conferred regarding Defendant's Motion for Return of Passport. On August 14, 2012, government counsel indicated that she does not oppose Defendant's Motion.

DATED this 14th day of August, 2012.

                                                RENE L. VALLADARES
                                                Federal Public Defender

                                                */s/ Raquel Lazo*
                                      By_____
                                                RAQUEL LAZO,
                                                Assistant Federal Public Defender